GENNARO MILANESE, Appellant, *v.* LEXINGTON SURETY AND INDEMNITY COMPANY, Respondent, Impleaded with Others.

(Argued January 10, 1935; decided January 24, 1935.)

*George D. Zahm, Harry L. Kreeger* and *William Roth* for appellant.

*Harold R. Medina, Charles H. Friedrich, James J. Regan* and *Alfred C. Bennett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.